HOWARD CONVERTERS, INC., Appellant, v. FRENCH ART MILLS, INC., Respondent.— Order granting defendant's motion to vacate service of summons and complaint and setting aside attachment, and upon reargument adhering to the original decision, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [See *post*, p. 870.]

WILLIAM P. FLECKENSTEIN, Appellant, v. BENNY FRIEDMAN and P. F. COLLIER & SON COMPANY, Respondents.— Order denying plaintiff's motion for the examination of defendant P. F. Collier & Son Company before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEVENTH .AVENUE & 46TH STREET CORPORATION, Respondent, v. WILLIAM STANLEY MILLER and Others, Appellants.— Order denying defendants' motion to quash writ of certiorari and to dismiss the proceeding, and order granting relator's motion to amend the petition, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Appointment of a Committee of the Estate of WILLIAM JAMES McBETH, an Alleged Incompetent Person. MARGARET CASEY, Petitioner, Appellant; GRACE NATIONAL BANK, Committee, etc., Respondent. Dr. W. J. TIFFANY, Superintendent of Pilgrim State Hospital, Respondent.— Order denying petitioner's motion to vacate order appointing the Grace National Bank as committee of the estate of the incompetent, to vacate default, and for leave to appear and be heard in application for the appointment of a committee, and also bringing up for review an order appointing the Grace National Bank as committee of the estate of incompetent, unanimously reversed, without costs, the motion to vacate order entered May 7, 1936, granted, and Margaret Casey appointed committee of the estate. Bond fixed in the sum of $7,000. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HENRY ZELTNER, Respondent, v. ALBANY GRAVEL Co., Appellant.— Order denying defendant's motion for a change of venue from New York county to Albany county unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRENE BAXTER, Respondent, v. CHARLES L. BAXTER, Appellant.— Order directing defendant to pay to plaintiff alimony for her support and maintenance unanimously modified by providing for amendment of judgment so as to incorporate therein the provisions for support provided for in the order appealed from, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.